1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7              FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9    RAY RAUL CAMPOS,                    )
                                          )
10              Petitioner,              )        No. C 02-05475 CRB (PR)
                                          )
11       vs.                             )        ORDER
                                          )
12   GEORGE M. GALAZA, Warden,           )
                                          )
13              Respondent.              )
                                          )

14

15          On November 19, 2002, Ray Raul Campos filed a pro se petition for a writ of

16   habeas corpus under 28 U.S.C. § 2254 challenging a March 8, 2000 Three Strikes

17   sentence from the Superior Court of the State of California in and for the County of

18   Santa Clara.  Campos also requested leave to proceed in forma pauperis under 28 U.S.C.

19   § 1915, and a stay of his federal petition so that he could exhaust additional claims

20   pending on state habeas review and later move to amend the stayed petition to add the

21   newly-exhausted claims.  He suggested that if he had to refile, his federal petition would

22   be time-barred.

23          Per order filed on February 20, 2003, the court granted Campos's request to

24   proceed in forma pauperis, stayed the petition and administratively closed the case.  The

25   court explained:  "Nothing further will take place in this matter until Campos exhausts

26   the unexhausted claims, and, within 30 days of doing so, moves to reopen the case, lift

27   the court's stay and amend the stayed petition to add the newly-exhausted claims."  Feb.

28   20, 2003 Order at 2.

1        On November 10, 2003, Campos informed the court that, on October 15, 2003,

2   the Supreme Court of California denied his last state petition for a writ of habeas corpus,

3   and moved for appointment of counsel.

4        Per order filed on December 16, 2003, the court denied Campos' motion for

5   appointment of counsel without prejudice, and instructed him to file a motion to reopen

6   the case, lift the court's stay and amend the stayed petition to add the newly-exhausted

7   claims within 30 days.  Dec. 16, 2003 Order at 2.

8        Campos instead filed another motion for appointment of counsel and a motion for

9   a 90-day extension of time to file a motion to reopen the case and file a proposed First

10  Amended Petition for a Writ of Habeas Corpus containing all of his claims.  He alleged

11  that he was in administrative segregation and could not seek assistance from fellow

12  prisoners who have been helping him with his case.

13       Per order filed on February 4, 2004, the court again denied Campos' renewed

14  motion for appointment of counsel, but granted his motion for a 90-day extension of

15  time.  The court specifically instructed Campos to "file a motion to reopen the case and

16  a proposed First Amended Petition for a Writ of Habeas Corpus by no later than June 1,

17  2004." Feb. 4, 2004 Order at 2.

18       Nearly two months before his filing was due, Campos again filed a motion for

19  appointment of counsel alleging that he is "unable to employ counsel" and that he "has

20  no legal knowledge and very little experience or knowledge of the law."

21       Per order filed on May 5, 2004, the court again denied Campos' third request for

22  appointment of counsel and afforded him "a final opportunity to file a motion to reopen

23  the case and a proposed First Amended Petition for a Writ of Habeas Corpus by no later

24  than June 1, 2004."  May 5, 2004 Order at 2.   The court explained that "[n]either the

25  motion nor the petition need be complex.  Campos need only allege that he moves to

26  reopen this matter because he has now exhausted all of his claims, and he need only list

27

28                                            2

1    and briefly describe his claims for relief in the petition.   An order to show cause to

2    respondent will likely issue if he does this much." Id. at 3.

3          Campos filed nothing further until, on September 20, 2007, he filed a letter

4    requesting that the court reopen the case in order for him to submit a First Amended

5    Petition for a Writ of Habeas Corpus.  The court will not entertain the request.  Campos

6    must file a motion to reopen the case and show good cause as to why his untimeliness

7    should be excused.

8    SO ORDERED.

9    DATED:  Nov. 14, 2007

10                                              CHARLES R. BREYER
                                                United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                              3